RICHARD E. QUINTILONE II (SBN 200995)
KELLI WINKLE-PETTERSON (SBN 267404)
**QUINTILONE & ASSOCIATES**
22974 E<span>L</span> T<span>ORO</span> R<span>OAD</span> S<span>UITE</span> 100
L<span>AKE</span> F<span>OREST</span>, CA  92630-4961
T<span>ELEPHONE</span> N<span>O</span>. (949) 458-9675
F<span>ACSIMILE</span> N<span>O</span>. (949) 458-9679
E<span>MAIL</span>:  R<span>EQ</span>@Q<span>UINTLAW</span>.<span>COM</span>
E<span>MAIL</span>:  K<span>MW</span>@Q<span>UINTLAW</span>.<span>COM</span>

JS-6

Attorney for PLAINTIFF TYLER GERARD

J<span>OANNA</span> B<span>ROOKS</span> (SBN 182986)
A<span>LISON</span> L. L<span>YNCH</span> (SBN 240346)
**JACKSON LEWIS LLP**
5000 B<span>IRCH</span> S<span>TREET</span>, S<span>UITE</span> 500
N<span>EWPORT</span> B<span>EACH</span>, CA 92660
T<span>EL</span>.: 949.885.1372
F<span>AX</span>.: 949.885.1380
E<span>MAIL</span>: B<span>ROOKSJ</span>@<span>JACKSONLEWIS</span>.<span>COM</span>
E<span>MAIL</span>: A<span>LISON</span>.L<span>YNCH</span>@<span>JACKSONLEWIS</span>.<span>COM</span>

Attorney for DEFENDANTS THE BUCKLE, INC. and LINDA HUMPAL (erroneously sued as LINDA HUMPLE)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER GERARD, an individual,<br><br>     Plaintiff,<br><br>  vs.<br><br>THE BUCKLE, INC., an unknown business entity; LINDA HUMPLE, an individual, and DOES 1 through 100, inclusive.<br><br>     Defendants. | **Case No.  SACV 10-488 JVS (MLGx)**<br><br>**ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE** |

-1-

[PROPOSED] ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE

The Court, having read and considered the parties' Stipulation For Dismissal With Prejudice, and good cause having been shown therefore, hereby ORDERS this action dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 08, 2010

_____
JAMES V. SELNA

[PROPOSED] ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

CASE NAME: *TYLER GERARD v. THE BUCKLE, INC., et al.*

CASE NUMBER: SACV 10-488 JVS (MLGx)

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 5000 Birch Street, Suite 5000, Newport Beach, CA 92660.

On July 8, 2010, I served the foregoing document(s) described as:

**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Richard E. Quintilone II
Manuel Mendoza
QUINTILONE & ASSOCIATES
22974 El Toro Road, Suite 100
Lake Forest, CA 92630-4961

**[XX]** BY NOTICE OF ELECTRONIC FILING. The above listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

**[X]** FEDERAL I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on July 8, 2010, at Newport Beach, California.

_____
DEBORAH WEST

-3-

[PROPOSED] ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE